24 A.3d 859

**SIX L'S PACKING COMPANY and Its Claims Administrator, Broadspire Services, Inc., Petitioners**

v.

**WORKERS' COMPENSATION APPEAL BOARD (WILLIAMSON), Respondents.**

Supreme Court of Pennsylvania.

July 14, 2011.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of July, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the following issues, as framed by Petitioners:

Whether a claimant must meet the five part test articulated by the Supreme Court in the seminal case of *McDonald v. Levinson Steel Co.,* 302 Pa. 287, 153 A. 424 (1930) to establish "statutory employer" status[?]

Whether an owner of property can be a "statutory employer," under the Pennsylvania Workers' Compensation Act and existing case law, in the face of 80 years of precedent finding the contrary[?]

Allocatur is denied as to the remaining issue.